IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GWENDOLYN L., individually and on** | : | **CIVIL ACTION** |
| **behalf of BRITTNEY G. and** | : | |
| **JEANETTE H., individually and on** | : | |
| **behalf of ANTOINE W. and** | : | |
| **LAW OFFICES OF DAVID J. BERNEY** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No.: 12-cv-0051** |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this __10TH__ day of June, 2014, upon consideration of Plaintiffs' Motion

for Attorney's Fees and Costs (ECF No. 25), Defendant's Response (ECF No. 26), Plaintiffs'

Reply (ECF No. 27), Defendant's Sur-Reply (ECF No. 32), and Plaintiffs' Supplemental Reply

(ECF No. 33), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS**

**HEREBY ORDERED** that Plaintiff's motion is **GRANTED IN PART** and **DENIED IN**

**PART**.  Defendant shall pay $36,209.50 in fees and $777.50 in costs to Plaintiffs.

BY THE COURT:

　　/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE